UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rebekah Jennifer Baal, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13632-DRH |
| *Christina Dunn, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20092-DRH |
| *Bonnie J. Evans, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10355-DRH |
| *Susan G. Gavsie, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11353-DRH |
| *Tiffani Hubbert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12275-DRH |
| *Jamie Lynn Hunkins,, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10822-DRH |
| *Susan W. Jordan, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10796-DRH |
| *Lori L. Leccese v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10637-DRH |
| *Travonne Little v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11334-DRH |
| *Bridget L. Miller, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11310-DRH |
| *Jennifer Pinti, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11184-DRH |
| *Mary Price, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20084-DRH |

| | |
|---|---|
| *Marcia A. Searcy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13445-DRH |
| *Shanetta Shepard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11139-DRH |
| *Susan Shreve, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13446-DRH |
| *Sheila Z. Spence v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13352-DRH |
| *Torquoris M. Strong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20234-DRH |
| *Melissa S. Theodus v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11490-DRH |
| *Sarah Tull v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12315-DRH |
| *Amra Zazula, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11052-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 7, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** May 8, 2014

Digitally signed by David R. Herndon
Date: 2014.05.08 14:40:15 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**